IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETERSON PIERRE MORVILLEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 07-4526** |
| | : | |
| **PETER D. KEISLER,** *et al* | : | |

## ORDER

**AND NOW**, this 3rd day of March, 2008, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 4), the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Document No. 5) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

                                                                                     /Timothy J. Savage
                                                                                   TIMOTHY J. SAVAGE, J.